Goriune Dudukgian, AK Bar No. 0506051
James J. Davis, Jr., AK Bar No. 9412140
**NORTHERN JUSTICE PROJECT, LLC**
310 K Street, Suite 200
Anchorage, AK 99501
Tel: (907) 264-6634
Fax: (866) 813-8645
Email: gdudukgian@njp-law.com
Email: jdavis@njp-law.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM CRUM, in his official capacity as Commissioner of the Alaska Department of Health and Social Services, and SHAWNDA O'BRIEN, in her official capacity as Director of the Alaska Division of Public Assistance,<br><br>Defendants. | Case No. 3:19-cv-00087-SLG |

**DECLARATION OF GORIUNE DUDUKGIAN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Goriune Dudukgian, declare under penalty of perjury:

1. I am one of the founding partners of the Northern Justice Project, LLC (NJP), counsel for plaintiff Jennifer Spencer in the above-entitled action.

DECLARATION OF GORIUNE DUDUKGIAN IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Case No. 3:19-cv-00087-SLG
Page 1 of 5

Case 3:19-cv-00087-SLG   Document 7   Filed 03/31/19   Page 1 of 5

2. Since NJP was founded in 2005, its primary mission has been representing low-income Alaskans in complex civil rights and consumer class action lawsuits. NJP has successfully represented thousands of Alaskans in more than a dozen certified class actions. NJP has an impeccable track record in these cases. In all of these certified class actions – which were litigated against the biggest and best law firms in Alaska, including the Attorney General's Office – NJP obtained either a final judgment in favor of the class or a court-approved settlement agreement on terms very favorable to the class members. These cases include: *Denise Okuley, et al. v. State of Alaska, et al*., Case No. 3AN-05-10788 CI (certified class action concerning the Interim Assistance benefits of more than 300 disabled Alaskans; final judgment entered in favor of the class in the amount of $1,081,585); *Dorothy Krone, et al. v. State of Alaska*, *et al.*, Case No. 3AN-05-10283 CI (certified class action concerning the Medicaid benefits of approximately 2,450 elderly and disabled Alaskans; final judgment entered granting class members injunctive relief valued by the State at approximately $8.9 million for fiscal years 2006-2007); *Annette Moore, et al. v. Weidner Investment Services Inc.,* Case No. 3AN-06-09690 CI (certified class action on behalf of more than 1,600 tenants challenging the late fee charged by Alaska's largest private landlord; settlement agreement approved by court which resulted in the creation of a settlement fund in excess of $500,000); *Karl Carl, Jr., et al. v. Wynn's Extended Care, Inc.,* Case No. 3AN-07-6398 CI (certified class action on behalf of approximately 1,800 Alaskan consumers against one of the nation's largest auto warranty distributors; settlement agreement approved by court in January 2009 in which defendant

DECLARATION OF GORIUNE DUDUKGIAN IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Case No. 3:19-cv-00087-SLG
Page 2 of 5

Case 3:19-cv-00087-SLG   Document 7   Filed 03/31/19   Page 2 of 5

stipulated to an injunction prohibiting it from enforcing its arbitration clause against Alaskan consumers); *Heitz v. State*, 215 P.3d 302 (Alaska 2009) (holding that class of approximately 750 licensed foster parents have a due process protected property interest in their foster care subsidies); *Baker v. State*, 191 P.3d 1005 (Alaska 2008) (holding that class of approximately 1,000 Medicaid recipients were denied due process by the State of Alaska when the State attempted to reduce their personal care assistance benefits without proper notice); *Jennifer Heesch, et al. v. Cornerstone Credit Services, LLC, et al.*, Case No. 3AN-10-7825 CI (certified class action on behalf of approximately 2,100 individuals challenging the debt collection practices of one of Alaska's largest debt collectors; settlement agreement approved by court which resulted in the creation of a settlement fund of $900,000); *Michael Avery, et al. v. Weidner Investment Services, Inc.*, Case No. 3AN-09-9947 CI (certified class action on behalf of more than 7,000 tenants challenging the security deposit refunding practices of Alaska's largest private landlord; negotiated settlement agreement approved by court which resulted in the creation of a settlement fund exceeding $450,000); *Laura Mulgrew, et al. v. State of Alaska, et al.*, Case No. 3AN-10-6273 CI (certified class action on behalf of more than 1,300 licensed foster parents and adoptive parents; negotiated settlement agreement approved by court which, among other things, resulted in the creation of a settlement fund of $1,155,196.65); *Alaska General Credit Co. v. Kerry Leander Jones*, Case No. 3AN-06-11662 CI (certified class action on behalf of more than 150 consumers whose vehicles were repossessed by Alaska General Credit Co.; negotiated settlement agreement, approved by court, which resulted

DECLARATION OF GORIUNE DUDUKGIAN IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Case No. 3:19-cv-00087-SLG
Page 3 of 5

Case 3:19-cv-00087-SLG   Document 7   Filed 03/31/19   Page 3 of 5

in the creation of a settlement fund of $540,000); *Michael Mooradian, et al. v. Bishop, Marshall & Weibel, P.S.*, *Krista L. White & Associates, P.S., and Krista L. White*, Case No. 3AN-15-05111 CI (certified class action on behalf of more than 350 class members; negotiated settlement agreement, approved by court, which resulted in monetary recovery in excess of $450,000 and injunctive relief requiring defendant debt collectors to permanently modify their collection practices).

3. NJP has also obtained favorable, class-wide settlements in several putative class action lawsuits before a class was ever certified. These cases include: *Carey McAlpine v. Alaska Housing Finance Corporation*, Case No. 3AN-06-13039 CI (settlement agreement approved in April 2009 wherein AHFC agreed to revise its form notices and hearing procedures for participants of the Section 8 Housing Choice Voucher Program so as to comply with requirements of due process); *Yelka Sanchez v. Galen Hospital Alaska, Inc.*, Case No. 3AN-06-10676 CI (settlement agreement approved in January 2008 resulting in refunds issued to more than 300 uninsured patients of Alaska Regional Hospital); *Karl Carl, Jr., et al. v. Vito's Auto Sales*, Case No. 3AN-08-8642 CI (settlement agreement approved in October 2009 resulting in the creation of a settlement fund of $90,000 for 282 class members); *Kiana Putnam v. Anchorage School District*, Case No. 3AN-15-07003 CI (settlement agreement reached in November 2015 whereby the Anchorage School District revised its suspension notices so that parents are now provided with an explanation of the factual reasons for a student's suspension).

4. NJP is devoted to committing the resources necessary to litigate this case

DECLARATION OF GORIUNE DUDUKGIAN IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Case No. 3:19-cv-00087-SLG
Page 4 of 5

Case 3:19-cv-00087-SLG   Document 7   Filed 03/31/19   Page 4 of 5

to a similarly favorable resolution. NJP has the experience and ability to zealously and competently pursue this litigation on a classwide basis. NJP's interests are aligned with the interests of the entire class and are in no way antagonistic to individual class members.

5. I declare under penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 31st day of March, 2019.

By: /s/ Goriune Dudukgian
Goriune Dudukgian, ABA No. 0506051

**CERTIFICATE OF SERVICE**
I certify that on March 31, 2019
I served the foregoing document
electronically via the ECF system on:

Alexander J. Hildebrand

By: /s/ Goriune Dudukgian

DECLARATION OF GORIUNE DUDUKGIAN IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Case No. 3:19-cv-00087-SLG
Page 5 of 5

Case 3:19-cv-00087-SLG   Document 7   Filed 03/31/19   Page 5 of 5