James J. Davis, Jr.
Goriune Dudukgian
**Northern Justice Project, LLC**
310 K Street, Suite 200
Anchorage, AK 99501
Tel: (907) 264-6634
Fax: (866) 813-8645
Email: gdudukgian@njp-law.com
Email: jdavis@njp-law.com
Attorneys for Plaintiffs

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| JENNIFER SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAM CRUM, in his official capacity as Commissioner of the Alaska Department of Health and Social Services, and SHAWNDA O'BRIEN, in her official capacity as Director of the Alaska Division of Public Assistance,<br><br>Defendants. | Case No. 3AN-19-05386 CI |

**AFFIDAVIT OF JENNIFER SPENCER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Jennifer Spencer, after being first duly sworn, upon oath depose and state:

1. I am a resident of Alaska.

2. On December 21, 2018, I applied for Medicaid through the Health Insurance Marketplace on healthcare.gov.

AFFIDAVIT OF JENNIFER SPENCER IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Page 1 of 3

Case 3:19-cv-00087-SLG   Document 8   Filed 03/31/19   Page 1 of 2

Northern Justice Project, LLC
A Private Civil Rights Firm
310 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 264-6634 • Fax: (866) 813-8645

3. My Medicaid application was not based on disability.

4. On December 21, 2018, the Health Insurance Marketplace website informed me that, based on my monthly household income, I was eligible for Medicaid or the Children's Health Insurance Program.

5. On December 21, 2018, the Health Insurance Marketplace website also informed me that I would receive information about how to access my benefits from the Alaska Division of Public Assistance.

6. As of the date of this affidavit, I have not begun receiving any Medicaid benefits.

7. As of the date of this affidavit, I have not received any notice stating the date on which my Medicaid coverage will begin.

_____
JENNIFER SPENCER

SUBSCRIBED AND SWORN to before me this __5__ day of March, 2019 at Anchorage, Alaska.



_____
Notary Public, State of Alaska
My Commission Expires: May 5, 2022

AFFIDAVIT OF JENNIFER SPENCER IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Page 2 of 3