Goriune Dudukgian, AK Bar No. 0506051
James J. Davis, Jr., AK Bar No. 9412140
**NORTHERN JUSTICE PROJECT, LLC**
310 K Street, Suite 200
Anchorage, AK 99501
Tel: (907) 264-6634
Fax: (866) 813-8645
Email: gdudukgian@njp-law.com
Email: jdavis@njp-law.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM CRUM, in his official capacity as Commissioner of the Alaska Department of Health and Social Services, and SHAWNDA O'BRIEN, in her official capacity as Director of the Alaska Division of Public Assistance,<br><br>Defendants. | Case No. 3:19-cv-00087-SLG |

**NOTICE OF SETTLEMENT NEGOTIATIONS**

Pursuant to this Court's April 9, 2019 Order Re Initial Scheduling & Planning Conference Report, plaintiff Jennifer Spencer, through counsel, the Northern Justice Project, LLC, hereby notifies the Court that the parties are actively engaged in settlement negotiations. The parties expect to conclude their settlement negotiations by May 10, 2019, and will notify this Court if more time is required.

NOTICE OF SETTLEMENT NEGOTIATIONS
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Case No. 3:19-cv-00087-SLG
Page 1 of 2

Case 3:19-cv-00087-SLG   Document 12   Filed 04/11/19   Page 1 of 2

DATED this 11th day of April, 2019.

          NORTHERN JUSTICE PROJECT, LLC
          Attorneys for Plaintiff


          By: /s/ Goriune Dudukgian
           Goriune Dudukgian, ABA No. 0506051
           James J. Davis, Jr., ABA No. 9412140

**CERTIFICATE OF SERVICE**
I certify that on April 11, 2019
I served the foregoing document
electronically via the ECF system on:

Alexander J. Hildebrand


By: /s/ Goriune Dudukgian

NOTICE OF SETTLEMENT NEGOTIATIONS
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Case No. 3:19-cv-00087-SLG
Page 2 of 2

Case 3:19-cv-00087-SLG Document 12 Filed 04/11/19 Page 2 of 2