Goriune Dudukgian, AK Bar No. 0506051
James J. Davis, Jr., AK Bar No. 9412140
**NORTHERN JUSTICE PROJECT, LLC**
310 K Street, Suite 200
Anchorage, AK 99501
Tel: (907) 264-6634
Fax: (866) 813-8645
Email: gdudukgian@njp-law.com
Email: jdavis@njp-law.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADAM CRUM, in his official capacity as Commissioner of the Alaska Department of Health and Social Services, and SHAWNDA O'BRIEN, in her official capacity as Director of the Alaska Division of Public Assistance,<br><br>Defendants. | Case No. 3:19-cv-00087-SLG |

**JOINT STATUS REPORT RE: SETTLEMENT NEGOTIATIONS**

Pursuant to this Court's Order of April 12, 2019, the parties, through their respective counsel of record, provide the following report regarding the status of their settlement negotiations in the above-captioned case. The parties are still engaged in active settlement discussions and have made substantial progress towards a global settlement. The parties met in person to discuss the framework of a potential settlement on May 3,

JOINT STATUS REPORT RE: SETTLEMENT NEGOTIATIONS
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Case No. 3:19-cv-00087-SLG
Page 1 of 2

Case 3:19-cv-00087-SLG   Document 19   Filed 05/10/19   Page 1 of 2

2019. Thereafter, plaintiff received a formal settlement proposal from the defendants on May 8, 2019. The parties respectfully request an additional 21 days, until May 31, 2019, to continue their settlement negotiations in this case.

DATED this 10th day of May, 2019.

                NORTHERN JUSTICE PROJECT, LLC
                Attorneys for Plaintiff

                By: /s/ Goriune Dudukgian
                    Goriune Dudukgian, ABA No. 0506051
                    James J. Davis, Jr., ABA No. 9412140

DATED this 10th day of May, 2019.

                KEVIN G. CLARKSON
                ATTORNEY GENERAL

                By: /s/ Alexander J. Hildebrand (with consent)
                    Alexander J. Hildebrand, ABA No. 0612104

**CERTIFICATE OF SERVICE**
I certify that on May 10, 2019
I served the foregoing document
electronically via the ECF system on:

Alexander J. Hildebrand

By: /s/ Goriune Dudukgian

JOINT STATUS REPORT RE: SETTLEMENT NEGOTIATIONS
*Jennifer Spencer, et al. v. Adam Crum, et al.*
Case No. 3:19-cv-00087-SLG
Page 2 of 2

Case 3:19-cv-00087-SLG   Document 19   Filed 05/10/19   Page 2 of 2